**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**
**CASE NO. 5:21-cv-00129-TBR**
***Electronically Filed***

---

**IN THE MATTER OF WHITETAIL VESSEL COMPANY, LLC, AS OWNER, and INLAND MARINE SERVICE, INC., AS OWNER *pro hac vice*, OF THE M/V BOBBY THOMPSON, OFFICIAL NO. 518256, FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

---

**VERIFIED CLAIM OF HANNAH SMITH**

COME NOW Claimant, Hannah Smith (hereafter "Claimant"), pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of Federal Rules of Civil Procedure, and makes this Verified Claim against Whitetail Vessel Company, LLC, as title owner, and Inland Marine Service, Inc. as operator and owner *pro hac vice* of the M/V Bobby Thompson, official No. 518256 (hereafter the "Bobby Thompson"), as follows:

1. Claimant, Hannah Smith, is a resident of the State of Alabama.

2. Whitetail Vessel Company, LLC ("Whitetail Vessel") is, to the best of Claimant's knowledge, a Kentucky limited liability company, and, at all times material hereto, was the title owner of the Bobby Thompson. At all times material hereto Whitetail Vessel was doing business in the Commonwealth of Kentucky and, at some time, operated the M/V Bobby Thompson on the inland waterways of the United States including the Tennessee River.

3. Inland Marine Service, Inc. ("Inland Marine") is, to the best of Claimants' knowledge, information and belief, a Kentucky corporation organized and existing under the laws

of the Commonwealth of Kentucky. To the best of Claimant's knowledge, information and belief, Inland Marine, at all times material hereto, was, at some point, the operator and owner *pro hac vice* of the Bobby Thompson and operated same on the inland waterways of the United States including the Tennessee River.

4. The acts alleged herein occurred on the Tennessee River within the juridical boundaries of the State of Alabama.

5. Claimant states that on or about August 7, 2021, Hannah Smith was an occupant aboard a recreational vessel fishing in the Tennese River near the Alabama 117 bridge.

6. On or about said date, while afloat in the Tennessee River near the Alabama Highway 117 bridge, the M/V Bobby Thompson collided with the recreational vessel injuring Claimant and causing death and bodily injury to others.

7. Claimant alleges that the collion with the Bobby Thompson was caused, in whole or in part, by the negligence of Whitetail Vessel and Inland Marine as follows:

a) by failing to operate the vessel and its tow in a safe and seaworthy manner;

b) in operating the vessel and its tow in an unseaworthy condition by failing to maintain a safe lookout, failing to keep the vessel and its tow under proper control, failing to operate the vessel and its tow at a safe speed, failing to operate the vessel and its tow in accordance with established principles of seamanship and rules of navigation, and failing to operate the vessel and its tow with that degree of care and control that a reasonably prudent vessel operator would have used under the same or similar circumstances thereby breaching the duty of care owed to Claimants. The collision, and Defendant's negligence, caused Claimant to suffer

severe and permanent injuries;

c) by failing to turn over the Vessel to a reasonably prudent, and safe, owner/operator; and

d) by failing to provide proper and/or adequate assistance to safely assist in performing its duties;

e) by failing to properly assign adequate crew members to perform the duties necessary to safely operate the vessel;

f) by failing to provide adequate equipment, safety equipment, and/or assistance to complete the work;

g) by failing to properly and adequately train its crew members;

h) by failing to implement and enforce proper safety rules and protocols to keep the vessel from colliding with other watercraft;

i) other acts of negligence that will be proven upon the trial of this claim.

8. Said acts of negligence set forth herein were the proximate cause of the Claimants' injuries and death as set forth below. The foregoing acts of negligence also rendered the M/V Bobby Thompson unseaworthy and such unseaworthiness was the proximate cause of Claimant's injuries.

9. Said acts of negligence and the unseaworthiness of the Vessel, and all other acts of negligence, were within the privity and knowledge of Whitetail Vessel and Inland Marine.

10. Claimant alleges that she was injured due to the aforementioned negligence on the part of Whitetail Vessel and Inland Marine and the unseaworthiness of the M/V Bobby Thompson, and that of others, and she has suffered damages and been injured in the following

respects:

a) Claimant suffered injuries to her neck and back and other physical injuries; and

b) Claimant has experienced excruciating physical pain and suffering and will continue to experience pain and suffering in the future.

c) Claimant suffered and will in the future continue to suffer severe psychological injuries and mental suffering; and

d) Claimant was required to seek, and will in the future be required to seek and obtain necessary hospital, medical, and mental health treatment in an effort to be cured and relieved of the effects of her injury; and

e) Claimant has lost money from the loss of wages in the past and will suffer lost wages in the future; and

f) Claimant has suffered a loss of earning capacity; and

g) Claimant has sustained a loss of the enjoyment of life.

11. Claimant alleges that by filing this claim, she is not hereby waiving any defenses to the Complaint for Exoneration From, or Limitation of, Liability filed in this cause by Whitetail Vessel and Inland Marine, which defenses are set forth in Claimants' Answer to said Complaint filed herewith and incorporated herein by reference.

12. Claimant reserves all rights pursuant to 28 U.S.C. § 1333(1), Savings to Suitors, and will file separately Stipulations regarding acknowledgement of this Court's ultimate jurisdiction to determine the Petitioners' limitation of liability under Supplemental Rule F of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

**WHEREFORE,** Claimant makes this claim against Whitetail Vessel Company, LLC, as title owner, and Inland Marine Service, Inc., as operator and owner *pro hac vice* of the Bobby Thompson, in the amount of $4,000,000.00, plus interest and costs, and further prays that the Court grant the Claimants such other and further relief as justice may require.

This the 29th day of November, 2021..

Respectfully submitted,

**KATZ LAW**

/s/ Brian S. Katz
BRIAN S. KATZ, ESQ.
2226 Broadway, Suite 1
P.O. Box 2903
Paducah, KY 42002-2903
(270) 575-3939
(270) 575-3936 Facsimile
brian@brianskatz.com

CERTIFICATE OF SERVICE

I, Brian S. Katz, do hereby certify that the foregoing Answer was filed via the Court's ECF filing system which will generate electronic notification to all counsel of record for the parties herein, on this the 29th day of November, 2021.

/s/ Brian S. Katz
BRIAN S. KATZ

**VERIFICATION**

STATE OF ALABAMA
: ss
COUNTY OF Jackson

HANNAH SMITH, being duly sworn, deposes and says that she has read the foregoing Claim and knows the contents thereof; and that the facts stated therein, upon information obtained from others, affiant believes to be true.

Hannah Smith
HANNAH SMITH

Subscribed and Sworn To before me on this the 12th day of ~~October,~~ November 2021.

[Seal: ZEBBIE MCGILL NOTARY PUBLIC ALABAMA STATE AT LARGE]

Zebbie McGill
NOTARY PUBLIC
My Commission Expires 11/12/2021